**GRANT and AFFIRM and Opinion Filed January 29, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00236-CR**

**THADDEUS HOOPER, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1875227-W**

## MEMORANDUM OPINION

Before Justices Bridges, Whitehill, and Nowell
Opinion by Justice Bridges

Appellant Thaddeus Hooper entered an open guilty plea to sexual assault of a child on January 14, 2019. The trial court adjudicated appellant guilty of the offense and sentenced him to seven years' imprisonment.

On appeal, appellant's court-appointed attorney filed a brief in which he concludes the appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967); *see Murphy v. State*, 111 S.W.3d 846, 849 (Tex. App.—Dallas 2003, no pet.). The brief presents a professional evaluation of the record, including the identification of one potential non-frivolous issue and an analysis concluding the issue is not arguable and that the appeal is wholly frivolous. *See High v. State*, 572 S.W.2d 807, 811 (Tex. Crim. App. [Panel Op.] 1978).

Counsel delivered a copy of the motion to withdraw, brief, statement of facts, Clerk's Record, and information regarding appellant's rights, to appellant. We also notified appellant, by letter, of his right to file a *pro se* response by August 5, 2019. No response was filed by appellant.

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005) (explaining appellate courts' duties in *Anders* cases). We agree that the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal. Therefore, we grant counsel's motion to withdraw and affirm the trial court's judgment.

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b).
190236F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

THADDEUS HOOPER, Appellant

No. 05-19-00236-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 363rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F-1875227-W.
Opinion delivered by Justice Bridges.
Justices Whitehill and Nowell participating.

Based on the Court's opinion of this date, Ronald L. Goranson's motion to withdraw as counsel is **GRANTED,** and the judgment of the trial court is **AFFIRMED**.

Judgment entered January 29, 2020